**FILED**

JUN 17 2013

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| | |
|---|---|
| THOMAS L. IDE,<br><br>               Petitioner,<br><br>vs.<br><br>UNITED STATES INTERNAL<br>REVENUE SERVICE, and<br>CASSANDRA CADDELL, Revenue<br>Agent,<br><br>               Respondents. | No. CV 13-57-BLG-SEH<br><br>**ORDER** |

On April 23, 2013, United States Magistrate Judge Carolyn Ostby entered Findings and Recommendations[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this

---

[1] Docket No. 6.

Court will review Magistrate Judge Ostby's Findings and Recommendation for clear error.

Upon review, I find no clear error in Magistrate Judge Ostby's Findings and Recommendations and adopt them in full.

ORDERED:

1. Respondents' Motion to Dismiss[2] is GRANTED.

2. Ide's Petition to Quash IRS Summons[3] is DISMISSED.

3. The Clerk is directed to enter judgment accordingly.

DATED this 17th day of June, 2013.

*[signature]*

SAM E. HADDON
United States District Judge

---

[2] Document No. 3.

[3] Document No. 1.